UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWIN MORALES,

    Plaintiff,

v.                                        Case No: 6:21-cv-1689-GAP-GJK

CREDIT CONTROL SERVICES, INC.

    Defendant.

## ORDER

This cause is before the Court on Defendant's Unopposed Motion to Join Consolidated Actions (Doc. 11). Upon consideration, it is

**ORDERED** that the motion is granted. This case is joined for all pretrial proceedings with the member cases of the lead case 6:21-cv-1434-GAP-LRH. The parties shall follow the directives outlined in the order entered at Doc. 15 in 6:21-cv-1434-GAP-LRH.

It is further

**ORDERED** the Clerk shall reassign the magistrate judge in this case to

United States Magistrate Judge Leslie R. Hoffman.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 1, 2021.


GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party